SUSAN KABANEK-BISHOP (SBN 187253)
PRATT & ASSOCIATES
1901 S. Bascom Ave., Suite 350
Campbell, CA 95008
Telephone:  (408) 369-0800
Facsimile:  (408) 369-0752
E-mail: sbishop@prattattorneys.com

Attorneys for Defendant
EVERGOOD ASSOCIATES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| COURTNEY CROWE, | Case No. **2:05-CV-01627-FCD-PAN** (JFM) |
| Plaintiff, | **ORDER FOR SUBSTITUTION OF ATTORNEY** |
| v. | |
| EVERGOOD ASSOCIATES, | |
| Defendant. | |

Defendant, EVERGOOD ASSOCIATES, hereby proposes to substitute Susan E. Bishop of PRATT & ASSOCIATES, The Pruneyard Tower I, 1901 South Bascom Avenue, Ste. 350, Campbell, California 95008, Telephone: (408) 369-0800, Facsimile: (408) 369-0752, in place of Susan E. Bishop of SIMS & LAYTON, as counsel of record for defendant in the above-entitled matter.

///

///

///

///

**Pratt & Associates**
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

I hereby consent to the foregoing substitution.

Dated: _____, 2006                    EVERGOOD ASSOCIATES

                              By: _____
                                   George Su

I hereby consent to the foregoing substitution.

Dated: _____, 2006                    SIMS & LAYTON

                              By: _____
                                   Phillip M. Sims

I hereby accept to the foregoing substitution.

Dated: _____, 2006                    PRATT & ASSOCIATES

                              By: _____
                                   Susan E. Bishop

**IT IS SO ORDERED:**

Date:  May 9, 2006                    /s/ Frank C. Damrell Jr._____
                                      Judge of the United States District Court

**Pratt & Associates**

THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752