IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY CROWE,

        Plaintiff,                    No. CIV S-05-1627 FCD PAN

    vs.

EVERGOOD ASSOCIATES,

        Defendant.              ORDER

_____/

        Defendant's motion to compel discovery responses came on regularly for hearing August 3, 2006. Plaintiff was represented by Charles Jeffrey Fletcher. Susan E. Bishop appeared for defendant. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of plaintiff and counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendant's motion to compel is granted. Any objections to the discovery requests are waived by virtue of plaintiff's failure to respond. <u>Richmark Corp. v. Timber Falling Consultants</u>, 959 Fed. 2d 1468, 1473 (9th Cir. 1992). Plaintiff shall answer the interrogatories and respond to the request for production of documents; said answers and responses shall be

/////

/////

1 made and served on or before August 17, 2006.  Plaintiff's counsel shall pay defendant's counsel
2 her expenses in the amount of $720.00.
3 DATED: August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001;crowe.oah