UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

COURNTEY CROWE,

    Plaintiff,

    v.

EVERGOOD ASSOCIATES,

    Defendant.

NO. CIV. S-05-1627 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1. The hearing on Defendants' Motion for Summary Judgment is continued to March 16, 2007 at 10:00 a.m. Plaintiff shall file and serve it's opposition brief or notice of non-opposition no later than March 2, 2007. The Defendant may file and serve a reply on or before March 9, 2007.

2. Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3.   Plaintiff's counsel shall file his response to the order to show cause on or before March 2, 2007.

4.   A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

IT IS SO ORDERED.

DATED: February 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2