UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

COURTNEY CROWE,

        Plaintiff,

   v.

EVERGOOD ASSOCIATES, LLC, dba Arby's Restaurant,

        Defendant.

NO. CIV. 05-01627 FCD EFB

<u>ORDER FOR SANCTIONS</u>

----oo0oo----

    On February 20, 2007, plaintiff's counsel was ordered to show cause why he should not be sanctioned in the amount of $150.00 for his failure to file a timely opposition to a motion for summary judgment. The court ordered plaintiff to file his response to the Order to Show Cause on or before March 2, 2007, and to file his opposition brief or notice of non-opposition no later than March 2, 2007.

    Plaintiff's counsel failed to file a response to the order to show cause. Further, while plaintiff filed his opposition

brief on March 2, 2007, plaintiff failed to file his statements of fact and supporting evidence until March 3, 2007 and March 4, 2007.

The court considers counsel's failure to file an opposition to the motion for summary judgment a serious violation of the Local Rules of this court.  See L.R. 78-230.  Moreover, his failure to file a response to the court's Order to Show Cause evinces a disturbing lack of respect for this court and its orders, and constitutes a separate grounds for the imposition of sanctions.  L.R. 11-110.

Therefore, IT IS HEREBY ORDERED that:

1.  Counsel shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to The Clerk Of The Court.  The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

2.  This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3.  Counsel shall read the Civil Rules of the Local Rules of the United States District Court for the Eastern District of California in their entirety **within thirty (30) days** of the filing of this Order for Sanctions.

/////
/////
/////
/////
/////

2

4. **Not later than thirty (30) days** from the filing of this Order, plaintiff's counsel shall file a declaration attesting to his compliance with the terms of this Order.

IT IS SO ORDERED.

DATED: March 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE